**Alexander S. ORENSHTEYN, Plaintiff**

v.

**CITRIX SYSTEMS, INC., Defendant–Appellee**

v.

**David Fink, Timothy W. Johnson, Sanctioned Parties– Appellants.**

**No. 2015–1056.**

United States Court of Appeals, Federal Circuit.

July 15, 2015.

David Fink, Fink & Johnson, Houston, TX, argued for appellants.

Timothy J. Rousseau, Goodwin Procter LLP, New York, NY, argued for appellee. Also represented by Douglas J. Kline, Boston, MA; William M. Jay, Washington, DC.

PROST, Chief Judge, LOURIE and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**